1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   SOUTHERN DISTRICT OF CALIFORNIA
10
11   ASHO YOUSIF AZEZ,                    )   Civil No. 04-CV-1014-L(BLM)
                                          )
12              Petitioner,               )   **ORDER DISMISSING ACTION**
                                          )
13   v.                                   )
                                          )
14   ADELE FASANO, *et al.*,              )
                                          )
15              Respondents.              )
                                          )
16   _____     )

17          Petitioner filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241

18   seeking his release from Department of Homeland Security ("DHS") custody.  On June 26,

19   2007, respondents provided the Court with a notice of release of petitioner from DHS custody.

20   Because petitioner has obtained the relief he sought in his petition, the petition is moot.

21          Based on the foregoing, **IT IS ORDERED** dismissing this action without prejudice.  **IT**

22   **IS FURTHER ORDERED** that the Clerk of the Court shall close this case.

23          **IT IS SO ORDERED.**

24   DATED:  June 27, 2007

25                                        _____
                                          M. James Lorenz
26                                        United States District Court Judge

27   / / /

28   / / /

04CV1014

1   COPY TO:

2   HON. BARBARA L. MAJORS
     UNITED STATES MAGISTRATE JUDGE

3

4   Alexander W. Tucker
     Law Office of Alexander Tucker
5   501 W. Broadway, Ste. 1660
     San Diego, CA  92101

6

7   United States Attorney's Office
     Melanie Proctor
8   880 Front Street
     San Diego, CA  92101

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

04CV1014